UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

In the Matter of the termination of                                          ORDER
Referral to Magistrate Judge


_____

      **ORDERED** that the referral to Magistrate Judge Andrew T. Baxter in the following case has been terminated.  This case will be decided directly, without Report and Recommendation, by the Honorable Lawrence E. Kahn, Senior U.S. District Judge:

| <u>Case Number</u> | <u>Caption</u> |
| --- | --- |
| 5:13-cv-470 (LEK/ATB) | Bevens v. Commissioner of Social Security |


**IT IS SO ORDERED.**

Dated: May 5, 2014
Syracuse, New York

Gary L. Sharpe
Chief U.S. District Judge